1  Terrence J. Coleman   (State Bar No. 172183)
   Azin Jalali          (State Bar No. 277326)
2  William A. Foster    (State Bar No. 319746)
   PILLSBURY & COLEMAN, LLP
3  100 Green Street
   San Francisco, California 94111
4  Telephone: (415) 433-8000
   Facsimile:  (415) 433-4816
5  Email: tcoleman@pillsburycoleman.com
          ajalali@pillsburycoleman.com
6         bfoster@pillsburycoleman.com

7  Attorneys for Plaintiff,
   BARTON HELFET
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | BARTON HELFET,                                | Case No.: 4:24-cv-09010-HSG |
12 |                                               |                              |
   |         Plaintiff                             | **ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS** |
13 |   vs.                                         |                              |
14 |                                               |                              |
   | USAA CASUALTY INSURANCE COMPANY;              |                              |
15 | GARY BIRDSALL; PAMELA BIRDSALL; and           | Complaint Filed: November 12, 2024 |
   | DOES 1-10, inclusive,                         | Trial Date: Not yet set      |
16 |                                               |                              |
17 |         Defendants.                           |                              |

-1-

ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE FOR
DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS

Case No.: 4:24-cv-09010-HSG

**ORDER**

Having received and reviewed Plaintiff Barton Helfet, Defendant USAA Casualty Insurance Company, Defendants Gary and Pamela Birdsall's Joint Stipulation to Continue The Hearing Date for Defendant USAA Casualty Insurance Company's Motion to Dismiss, and good cause having been shown, IT IS HEREBY ORDERED AS FOLLOWS:

The hearing date for Defendant USAA Casualty Insurance Company's Motion to Dismiss shall be continued from February 13, 2025 to February 20, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   1/7/2025

HAYWOOD S. GILLIAM, JR.
District Court Judge

-2-

ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE FOR
DEFENDANT USAA CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS

Case No.: 4:24-cv-09010-HSG