| | |
|---|---|
| 1 | Terrence J. Coleman (State Bar No. 172183) |
| | Azin Jalali (State Bar No. 277326) |
| 2 | William A. Foster (State Bar No. 319746) |
| | PILLSBURY & COLEMAN, LLP |
| 3 | 100 Green Street |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 433-8000 |
| | Facsimile: (415) 433-4816 |
| 5 | Email: tcoleman@pillsburycoleman.com |
| | ajalali@pillsburycoleman.com |
| 6 | bfoster@pillsburycoleman.com |

Attorneys for Plaintiff,
BARTON HELFET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTON HELFET, | Case No.: 4:24-cv-09010-HSG |
| Plaintiff | **ORDER GRANTING STIPULATED MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| vs. | |
| USAA CASUALTY INSURANCE COMPANY; GARY BIRDSALL; PAMELA BIRDSALL; and DOES 1-10, inclusive, | Compliant Filed: November 12, 2024 |
| | Trial date: Not yet set |
| Defendants. | |

## ORDER

Having received and reviewed the stipulated motion by Plaintiff Barton Helfet, Defendant USAA Casualty Insurance Company, and Defendants Gary Birdsall and Pamela Birdsall, to continue the Case Management Conference and related deadlines, and good cause having been shown, IT IS HEREBY ORDERED AS FOLLOWS:

The Case Management Conference shall be continued to a date no earlier than three weeks after the Court rules on Defendant USAA's Motion to Dismiss (Dkt. No. 18) and Plaintiff's Motion for Remand (Dkt. No. 20). The parties' joint case management statement and initial disclosures will be due one week before the date of the continued Case Management Conference.

Dated: 3/11/2025

HAYWOOD S. GILLIAM, JR.
District Court Judge